IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| RIVAL TRANSPORT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3-21-cv-00854 |
| | ) | Judge Eli J. Richardson |
| WESTERN EXPRESS, INC., et al. | ) | Magistrate Judge Jeffrey Frensley |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff Rival Transport, LLC ("Plaintiff") and Defendants Western Express, Inc. David Nickens, and Malcolm Jorrin-Perez ("Defendants") through their respective attorneys of record, as follows:

**WHEREAS**, Plaintiff filed its Complaint in this matter on April 9, 2021;

**WHEREAS**, the matter was transferred to the District Court of Tennessee, Middle District on November 16, 2021;

**WHEREAS**, the parties settled the matter on November 26, 2021.

**NOW, THEREFORE,** BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Pursuant to Rule of Civil Procedure 41(a)(1)(ii) this action shall be dismissed with prejudice as to call claims, and causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED**.

DATED: January 29, 2022                LOGOS PROFESSIONAL LAW CORPORATION


By: _____
Sung-Woo Choi, Esq.
Cal. State Bar No. 243927
choi@logoslayers.com
Equitable Building
3435 Wilshire Blvd., Ste. 1810,
Los Angeles, CA 90010
Phone: (213) 814 – 2442
Fax: (844) 564 – 6788
*Attorney for Plaintiff, Rival Transport, LLC*


DATED: January 31, 2022                WESTERN EXPRESS, INC.


By: _____
Rachel Speller (BPR# 29258)
rspeller@westernexp.com
7135 Centennial Place Nashville, TN 37209
(615) 259-9920
*Attorney for Defendants, Western Express, Inc.*
*David Nickens, and Malcolm Jorrin-Perez*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

_____
ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This the 31st day of January, 2021.

I hereby certify that the foregoing document was filed with the Federal Court of the Middle District of Tennessee by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Sung-Woo Choi
Logos Professional Law Corp
3435 Wilshire Boulevard Suite 1810
Los Angeles, CA 90010-2021
213-814-2442
choi@logoslawyers.com

*Attorney for Rival Transport, LLC*

Jeffrey N Leader
Maranga Morgenstern
5850 Canoga Avenue Suite
600 Woodland Hills, CA
91367 818-587-9146
jleader@marmorlaw.com

*Attorney for Western Express, Inc. (prior to transfer)*

The following document has been sent via U.S. Mail to the following non-CM/ECF

users: (none)

/s/Rachel Speller
Rachel Speller (BPR# 29258)
rspeller@westernexp.com
7135 Centennial Place
Nashville, TN 37209
(615) 259-9920