# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Rival Transport, LLC

                Plaintiff,

v.                                    Case No.: 3:21−cv−00854

Western Express Inc. , et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/1/2022 re [40].

                                                              Lynda M. Hill
                                            s/ Dalaina Thompson, Deputy Clerk